IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ABDALI ALI ISSA, *Plaintiff*, v. CITY OF MOBILE, JACK DOVE, et al., *Defendants*. | CIVIL ACTION NO. 1:25-cv-0106-WS-MU |

## MOTION TO WITHDRAW

COMES NOW Ricardo A. Woods of the law firm Burr & Forman LLP, and respectfully requests to withdraw as counsel of record for Defendant Jack Dove in the above-styled matter. In support of the foregoing motion, the undersigned shows as follows:

Matthew W. Smith and Mark A. Newell of the law firm Armbrecht Jackson LLP have appeared in this case on behalf of Defendant Jack Dove and will continue to represent him.

The undersigned will continue to represent Defendant City of Mobile in this matter.

Respectfully submitted,

_/s/ Ricardo A. Woods_____
RICARDO A. WOODS        (ASB-1019-R80W)
TAYLOR B. JOHNSON       (ASB-8851-Y78B)
KRISTY L. WALDRON       (ASB-5388-R80D)
*Attorneys for Defendant City of Mobile*

OF COUNSEL:
BURR & FORMAN LLP
11 N. Water Street, Suite 22200
Mobile, AL  36602
Tel:    251-344-5151
Fax:    251-344-9696
Email: rwoods@burr.com
       tjohnson@burr.com
       kwaldron@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on July 21st, 2025:

Matt Green, Esq.
The Law Office of Matt Green, LLC
501 Government Street, Suite 1
Mobile, Alabama 36602
matt@mattgreen.lawyer

Mark A. Newell
Matthew W. Smith
ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, AL 36601
man@ajlaw.com
mws@ajlaw.com

*/s/ Ricardo A. Woods*_____
Counsel