IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ABDALI ALI ISSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 25-0106-WS-MU |
| | ) |
| CITY OF MOBILE, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW the undersigned, **Mark A. Newell** of Newell Law Firm, and moves this Court for an Order granting the instant Motion to Withdraw as counsel of record for Defendant Jack Dove.

As grounds for the Motion to Withdraw, Mark A. Newell states the following:

Matthew W. Smith of Armbrecht Jackson, LLP will continue to represent Defendant Jack Dove in the above-styled matter.

1. The withdrawal of Mark A. Newell from representation of Defendant Jack Dove will in no way prejudice any party in this matter.

Respectfully submitted, 8th day of January, 2026.

Respectfully submitted,

*/s/ Mark A. Newell*
Mark A. Newell, Esq. (NEWEM3180)

**OF COUNSEL:**
Newell Law Firm
P.O. Box 47
Mobile, AL 36601

.

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on January 8, 2026, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A copy of the foregoing has been served on the following via email and/or U.S. Mail, postpaid prepaid and properly addressed:

Matthew Stafford Green, Esq.
The Law Office of Matt Green, LLC
501 Government Street
Mobile, AL  36602
T: 251-434-8500
F: 251-434-8500
Email:  matt@mattgreen.lawyer

Ricardo A. Woods, Esq.
Kristy L. Waldron, Esq.
Taylor Barr Johnson, Esq.
Burr & Forman LLP
11 North Water Street
Suite 22200
Mobile, AL 36602
T: 251-344-5151
F: 251-344-966
Email:  rwoods@burr.com
          kwaldron@burr.com
          tjohnson@burr.com


                                      */s/ Mark A. Newell*
                                      MARK A. NEWELL