# EXHIBIT

# 1

Non-merit

5700

# OFFICE OF THE MAYOR

ALABAMA

February 15, 2017

Mr. Jack Dove
City of Mobile
Post Office Box 1827
Mobile, Alabama 36633

Dear Jack,

It is my pleasure to appoint you as **Blight Removal Liaison, Community Housing & Development**, City of Mobile, Alabama, effective March 4, 2017. Your employment is authorized under the Code of Alabama, Section §11-44C-40. This means your employment is at will, and you serve at the pleasure of the Mayor.

The current authorized compensation for your position of [redacted] per year with the ability to increase your salary based on your individual performance and the ability to achieve the goals and benchmarks set by the Mayor and your supervisor. You will be entitled to participate in the Retirement Systems of Alabama (RSA) as a city employee. As a professional non-merit staff member, Personnel Board rules regarding appeals, sick and annual leave do not apply to you. You may take leave with the prior approval of your supervisor and within reason. You will be immediately eligible to participate in the city's health, dental and life insurance plans under the same terms and conditions as merit system employees, with applicable taxes being paid by the City of Mobile.

You will report to the Director of Neighborhood Development.

Thank you for your continued service to the City of Mobile!

Sincerely,

William S. Stimpson
Mayor

Cc: Leslie Rey, Human Resources
Celia Sapp, Finance
Patricia Aldrich, Comptroller
John Noletto, Payroll
Jamey Roberts, Neighborhood Development