**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ABDALI ALI ISSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 25-0106-WS-MU |
| | ) | |
| CITY OF MOBILE, et al.., | ) | |
| | ) | |
| Defendants. | ) | |

# JOINT STATEMENT SETTING FORTH PRESENT STATUS OF SETTLEMENT NEGOTIATIONS

COME NOW Plaintiff, Abdali Ali Issa, and Defendants, the City of Mobile and Jack Dove (collectively the "Parties") to provide the Court with the following joint statement setting forth the present status of settlement negotiations pursuant to the Rule 16(b) Scheduling Order (Doc. 31) and this Court's Endorsed Order granting Plaintiff's Motion for Extension of Time (Doc. 54):

Prior settlement discussions have occurred but have been unsuccessful. The Parties believe that a settlement conference with the Magistrate Judge would be productive and request the same at the Court's convenience.

Date: September 17, 2026

Respectfully submitted,

The Law Office of Matt Green, LLC
The Pollock-Altmayer House
501 Government Street, Suite 1
Mobile, AL 36602
P: (251) 434-8500
F:(251) 408-3265
E: matt@mattgreen.lawyer
jim@mattgreen.lawyer

By: /s/James Vollmer (with permission)
Matt Green, Esq. (GREEM9500)
James Vollmer, Esq.

*Attorneys for Plaintiff Abdali Ali Issa*

BURR & FORMAN LLP
11 N. Water Street, Suite 22200
Mobile, AL 36602
Tel: 251-344-5151
Fax: 251-344-9696
Email: rwoods@burr.com
tjohnson@burr.com
kwaldron@burr.com
mroberts@burr.com

By: /s/ Kristy L. Waldron (with permission)
Ricardo A. Woods, Esq.
Taylor B. Johnson, Esq.
Kristy L. Waldron, Esq.
Mark B. Roberts, Esq.

*Attorneys for Defendant City of Mobile*

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone: (251) 405-1300
Facsimile: (251) 432-6843

By: */s/ Matthew W. Smith*
Matthew W. Smith, Esq. (SMITM5019)
mws@ajlaw.com

*Attorney for Defendant Jack Dove*